HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN KERFOOT,<br><br>　　　　Defendant. | Cause No. CR06-0252 TSZ<br><br>**MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL**<br><br>Note on Motion Calendar:<br>August 4, 2017 |

　　　Defendant Kevin Kerfoot, by and through his Attorney, Gilbert H. Levy, moves for entry of an order permitting him to file Defense Counsel's sentencing memorandum under seal. The Sentencing Memorandum includes protected material and the Defense Counsel is required by the terms of the Court's protective order to file this material under seal.

　　　DATED: July 21, 2017.

　　　　　　　　　　　　　　　　　　/s/Gilbert H. Levy
　　　　　　　　　　　　　　　　　　Gilbert H. Levy, WSBA #4805
　　　　　　　　　　　　　　　　　　Attorney for Defendant

MOTION TO FILE SENTENCING
MEMORANDUM UNDER SEAL - 1

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
Kerfoot/Pleadings/seal motion.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818
Email: gilbert.levy.atty@gmail.com

CERTIFICATE OF SERVICE

I certify that on July 21, 2017, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy
Gilbert H. Levy WSBA# 4805
Attorney for Defendant

MOTION TO FILE SENTENCING
MEMORANDUM UNDER SEAL - 2

https://d.docs.live.net/91e82df2bd639bdd/Office/Levy/
Kerfoot/Pleadings/seal motion.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818
Email: gilbert.levy.atty@gmail.com